JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN DOE, an individual, | ) | Case No. EDCV 17-3494-GW(GJSx) |
| | ) | |
| Plaintiff, | ) | **ORDER FOR DISMISSAL OF ENTIRE ACTION, WITH PREJUDICE** |
| vs. | ) | |
| CITY OF GLENDORA, an incorporated California Municipality; and DOES 1 to 10, inclusive, | ) | |
| Defendants. | ) | |
| | ) | |

The Court has reviewed and accepts the stipulation of Plaintiff JOHN DOE and Defendant CITY OF GLENDORA and hereby ORDERS that the entire action is dismissed, with prejudice, as to all causes of action and all parties, with each party bearing their own attorney fees and costs.

IT IS SO ORDERED.

DATED: February 7, 2018

_____

GEORGE H. WU, U.S. District Judge